**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TIMOTHY GALES,**

    **Plaintiff,**

    v.

**THOMAS P. CHARLES, et al.,**

    **Defendants.**

**Case No. 2:21-cv-328
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis*. (Doc. 1). Plaintiff is **ORDERED** to submit a revised Motion to Proceed Without Prepayment of Fees pursuant to 28 U.S.C. § 1915(a)(1) on or before February 9, 2021.

From its review of the current Motion, the Court does not see why Plaintiff should be permitted to proceed without the prepayment of fees. In his Motion, Plaintiff represents that he earns $1600/month and owns a "single family" property, valued at $30,000. (Doc. 1 at 2–3). Therefore, in his revised Motion, he shall provide the Court with a more specific accounting of his "bills/obligations," showing why, despite his current income, he cannot pay the fees associated with bringing this action. (*See* Doc. 1 at 3 ("List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each obligation.")).

IT IS SO ORDERED.

Date: January 26, 2021

/s/Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE