IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIMOTHY GALES,

    Plaintiff,

    v.

THOMAS P. CHARLES, et al.,

    Defendants.

Case No. 2:21-cv-328
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson

## SHOW CAUSE ORDER

On March 10, 2021, the Undersigned issued a Report and Recommendation, granting Plaintiff's Motion for Leave to Proceed *in forma pauperis* and recommending most of Plaintiff's claims be dismissed and that he be permitted to proceed with his timely retaliation claims.  (Doc. 5).  The Court adopted that recommendation on March 31, 2021.  (Doc. 6).  Shortly after, in line with the Undersigned's recommendation, Plaintiff filed an amended Complaint.  (Doc. 7).

Since this filing, however, Plaintiff has not affected service of process on any Defendant.  As a result, Defendants have yet to participate in this case and it has stalled.  Given this posture, Plaintiff is **ORDERED** to affect service of process on Defendants or show cause why he has not, within **fourteen (14) days** from the date of this Order.  Failure to respond, may result in a recommendation that Plaintiff's case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Date: September 16, 2021

/s/Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE