UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Timothy Gales,

    Plaintiff,

v.

Thomas P. Charles, et al.,

    Defendants.

Case No. 2:21-cv-328

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

Plaintiff has not served Defendants with his Amended Complaint, which was filed on March 31, 2021. See ECF No. 7. Magistrate Judge Jolson issued a show cause order that ordered Plaintiff to effect service or show cause as to why his case should not be dismissed for failure to prosecute. Order, ECF No. 8. Plaintiff did not respond to that order. Magistrate Judge Jolson then recommended the Court dismiss Plaintiff's claims for failure to prosecute. R&R, ECF No. 9. Plaintiff did not timely object to that recommendation. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITH PREJUDICE** Plaintiff's Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT