# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TIMOTHY GALES,**

    **Plaintiff,**

v.

**THOMAS P. CHARLES, et al.,**

    **Defendants.**

Civil Action 2:21-cv-328
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson

## ORDER

On July 6, 2022, the Court permitted Plaintiff an additional thirty (30) days to serve the Amended Complaint (Doc. 7). (Doc. 13). Because Plaintiff's Motion to Proceed *in forma pauperis* was granted (Doc. 5), the U.S. Marshals will serve Defendants on Plaintiff's behalf. Previously, Plaintiff submitted service documents (Docs. 3-1, 3-2) but because those forms were filled out over a year ago, and to ensure the forms are accurate, Plaintiff is **ORDERED** to submit service forms by **August 5, 2022**. Plaintiff's submission of these service documents will satisfy the Court Order (Doc. 13) requiring Plaintiff to serve the Amended Complaint within thirty (30) days.

Plaintiff is **ORDERED** to submit a summons form and a U.S. Marshal (USM-285) form for *each* named Defendant. Upon receipt, the Clerk of Court is **DIRECTED** to issue the summonses and forward the appropriate service documents to the United States Marshal to effect service. The United States Marshal is **DIRECTED** to serve by certified mail a copy of the Amended Complaint (Doc. 7) upon Defendants.

To assist Plaintiff in complying with this Order, the Clerk is **DIRECTED** to send Plaintiff eleven (11) copies of the summons form and USM-285 form via mail.

IT IS SO ORDERED.

Date: July 12, 2022                                         s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE