IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TIMOTHY GALES | Case No. 2:21-cv-00328-MHW-KAJ |
| Plaintiff, | JUDGE: MICHAEL H. WATSON |
| v. | NOTICE OF APPEARANCE |
| THOMAS CHARLES, et al. | |
| Defendants | |

TO THE CLERK:

Please enter the appearance of Joshua A. Engel, Engel & Martin, LLC, on behalf of Defendants Douglas Behringer, Gwen Callender, and Cathy Brockman.

> Respectfully submitted,
>
> /s/ Joshua Adam Engel
> Joshua Adam Engel (0075769)
> ENGEL AND MARTIN, LLC
> 4660 Duke Drive, Suite 101
> Mason, OH 45040
> (513) 445-9600
> (513) 492-8989 (Fax)
> engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this September 13, 2022 upon all counsel of record.  A copy was also delivered by U.S. Mail to Plaintiff:

Timothy Gales
710 Glendower Avenue
Columbus, OH 43207

> /s/ Joshua Adam Engel
> Joshua Adam Engel (0075769)