IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY GALES, | : | |
| Plaintiff, | : | CASE NO. 2:21-CV-328 |
| v. | : | JUDGE MICHAEL H. WATSON |
| THOMAS P. CHARLES, et al., | : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendant. | : | |

### DECLARATION OF JOHN BORN

Declarant states as follows:

1. My name is John Born. I am over eighteen (18) years of age, am competent to testify, and have personal knowledge of the matters stated herein.

2. I was previously employed by the Ohio Department of Public Safety ("DPS"). I served as the Director of DPS from August 2013 until I resigned on or about January 5, 2019. While I was employed as Director of DPS, my office was located at 1970 West Broad Street, Columbus, Ohio 43215. However, I have not worked at this address since I resigned as Director of DPS in January 2019.

3. I have not been personally served with a summons or copy of the Amended Complaint in the above-captioned case filed by Plaintiff Timothy Gales, nor have a received a copy of the summons and Amended Complaint through certified or regular mail.

Declarant further sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 27, 2022.

_____
John Born