IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TIMOTHY GALES | Case No. 2:21-cv-00328-MHW-KAJ |
| Plaintiff, | JUDGE: MICHAEL H. WATSON |
| v. | NOTICE OF APPEARANCE |
| THOMAS CHARLES, et al. | |
| Defendants | |

TO THE CLERK:

Please enter the appearance of Joshua A. Engel, Engel & Martin, LLC, on behalf of Defendant Fraternal Order of Police, Ohio Labor Council, Inc.

Respectfully submitted,

\_\_\_\_/s/ Joshua Adam Engel_____
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Suite 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this October 4, 2022 upon all counsel of record. A copy was also delivered by U.S. Mail to Plaintiff:

Timothy Gales
710 Glendower Avenue
Columbus, OH 43207

\_\_\_\_/s/ Joshua Adam Engel_____
Joshua Adam Engel (0075769)