IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TIMOTHY GALES<br><br>Plaintiff,<br><br>v.<br><br>THOMAS CHARLES, et al.<br><br>Defendants | Case No. 2:21-cv-00328-MHW-KA<br><br>JUDGE: MICHAEL H. WATSON<br><br>MOTION TO DISMISS BY FRATERNAL ORDER OF POLICE |

Defendant Fraternal Order of Police, Ohio Labor Council, Inc. ("FOP") respectfully submits this Motion to Dismiss.

In reviewing the docket, it is unclear from the Amended Complaint that FOP actually remains a Defendant in this action or has been properly served.  In an abundance of caution, FOP joins in the Motion to Dismiss the Amended Complaint by Defendants Douglas Behringer, Gwen Callender, and Cathy Brockman (Doc#17.)

## CONCLUSION

The Amended Complaint should be dismissed.

Respectfully submitted,

 /s/ Joshua Adam Engel  
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Suite 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

1

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this October 4, 2022 upon all counsel of record. A copy was also delivered by U.S. Mail to Plaintiff:

Timothy Gales
710 Glendower Avenue
Columbus, OH 43207

                                                   /s/ Joshua Adam Engel
                                                  Joshua Adam Engel (0075769)