IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TIMOTHY GALES,**

        **Plaintiff,**

   v.                                       Civil Action 2:21-cv-328
                                              Judge Michael H. Watson
**THOMAS P. CHARLES, et al.,**          Magistrate Judge Kimberly A. Jolson

        **Defendants.**

## ORDER

On July 6, 2022, the Court permitted Plaintiff an additional thirty (30) days to serve the Amended Complaint (Doc. 7).  (Doc. 13).  Because Plaintiff's Motion to Proceed *in forma pauperis* was granted (Doc. 5), the U.S. Marshals served Defendants on Plaintiff's behalf.  The Marshals effected service on all but two Defendants.  (Doc. 27).  The summons for Defendants Cullen Jackson and Office of Collective Bargaining were seemingly lost in the U.S. mail.

The Clerk's Office is **DIRECTED** to forward the appropriate service documents for Defendants Cullen Jackson and Office of Collective Bargaining to the United States Marshal to effect service.  The United States Marshal is **DIRECTED** to serve by certified mail a copy of the Amended Complaint (Doc. 7) upon Defendants Cullen Jackson and Office of Collective Bargaining.

     IT IS SO ORDERED.

Date: October 21, 2022                              /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE