IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY GALES, | : | |
| Plaintiff, | : | CASE NO. 2:21-CV-328 |
| v. | : | JUDGE MICHAEL H. WATSON |
| THOMAS P. CHARLES, et al., | : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendant. | : | |

## DECLARATION OF TIMOTHY MILLER

Declarant states as follows:

1. My name is Timothy Miller. I am over eighteen (18) years of age, am competent to testify, and have personal knowledge of the matters stated herein.

2. I am currently employed by the Ohio Attorney General's Office as an Assistant Attorney General, and I represent Defendants Thomas P. Charles, John Born, Paul Pride, James Hogan, and Cullen Jackson in the above-captioned lawsuit filed by Plaintiff Timothy Gales.

3. I was notified on July 12, 2022, that Gales had called the Employment Law Section of the Ohio Attorney General's Office regarding his case, and he left a number where he could be reached. I subsequently called the number Gales provided, and it was disconnected. On July 22, 2022, I sent Gales an email informing him that I had tried to call him but was unsuccessful. I asked him if he was available for a call and for a good number where he could be reached. He never responded. Attached as Defendants' Exhibit A is a true and accurate copy of the July 22, 2022, email that I sent to Gales.

4. I have never discussed the issue of service or waiver of service with Gales, and I have never represented to him that I am authorized to accept service of his Summons and Complaint in the above-captioned case on behalf of Defendants Charles, Born, Pride, Hogan, and Jackson.

Declarant further sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2022.

*/s/ Timothy M. Miller*
Timothy Miller

| | |
|---|---|
| **From:** | Timothy Miller |
| **Sent:** | Friday, July 22, 2022 3:35 PM |
| **To:** | 'tgales37@gmail.com' |
| **Cc:** | Cathleen Slater |
| **Subject:** | Lawsuit |

Mr. Gales:

I understand that you called the Employment Law Section of the Ohio Attorney General's Office last week in regard to a lawsuit you filed against Tom Charles, Paul Pride, John Born, and Jim Hogan.

Cathleen Slater and I tried to call you back, but we could not get through. Are you available for a call with us this coming Monday afternoon or Tuesday morning? And, if so, what number should we call?

Timothy M. Miller
Assistant Attorney General – Court of Claims Defense
Office of Ohio Attorney General Dave Yost
Office Number: (614) 466-7447
Fax Number: (614) 644-9185
Timothy.Miller@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**DEFENDANT'S EXHIBIT**

A