CERTIFIED MAIL

U.S. [illegible]
United [illegible]
Souther[n] [illegible]
85 Marc[oni] [illegible]
Columbu[s] [illegible]

Official Business
Penalty for Private Use $300

NIXIE 462 CC 1 0211/04/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 43215288599 2184N308200-00259

B78658.07
$10.13 0
US POSTAGE
FIRST-CLASS
062S0011396952
FROM 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 NOV 10 PM 1:38
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

ANK

Return to sender

OFFICE COLLECTIVE BARGAINING
~~1602~~ W. BROAD ST.
COLUMBUS, OH 43223

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Juliet F

1. Article Addressed to:

Collective Bar.
0328

9590 9402 6605 1028 7406 70

2. Article Number *(Transfer from service label)*

7021 0350 0001 8412 0987

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
[Insu]red Mail Restricted Delivery
[(ove]r $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt