**U.S. Department of Justice**
United States Marshals Service
Southern District of Ohio

85 Marconi Blvd., Room 460
Columbus, OH 43215-2835

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7020 1810 0000 2381 4454

Return to sender
Not at this address

2022 DEC -7 AM 11:27
COLUMBUS, OHIO



$9.89
US POSTAGE
FIRST-CLASS
062S0011396952
FROM 43215

CULLEN JACKSON
1602 W. BROAD ST
COLUMBUS, OH 43223

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Juliet*

1. Article Addressed to:

   Jackson
   0328

9590 9402 6750 1074 4073 59

2. Article Number (Transfer from service label)
   7020 1810 0000 2381 4454

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Timothy Gales | COURT CASE NUMBER: 2:21-CV-328 |
| DEFENDANT: Cullen Jackson | TYPE OF PROCESS: Complaint/Summons |

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ohio Attorney General Dave Yost
ADDRESS: 30 E. Broad Street Col, Ohio 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Timothy Gales
710 Glendower
Columbus, Ohio 43207

Number of process to be served with this Form 285: 01
Number of parties to be served in this case: 1

SPECIAL INSTRUCTIONS: Ohio Attorney General, Mon-Fri 8am-5pm, 614-466-8946

Signature of Attorney: [signed]
Telephone: 614-376-9346
PLAINTIFF [X]
Date: 2022 DEC

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY**

Total Process: 1
District of Origin No.: 61
District to Serve No.: 61
Signature of Authorized USMS Deputy or Clerk: Julie Foster
Date: 12/10/22

Date: 12/7/22

Signature of U.S. Marshal or Deputy: Julie Foster

**REMARKS**

Rtn to sender

Form USM-285
Rev. 11/18