**U.S. Department of Justice**
United States Marshals Service
Southern District of Ohio

85 Marconi Blvd., Room 460
Columbus, OH 43215-2835

Official Business
Penalty for Private Use $300



CERTIFIED MAIL

7020 1810 0000 2381 4447

↖ Return to Sender
Not At this Address

OFFICE OF COLLECTIVE BARGAINING
2602 W. BROAD ST
COLUMBUS, OH 43223

$9.89
US POSTAGE
FIRST-CLASS
062S0011396952
FROM 43215

RECEIVED
U.S. MARSHALS SERVICE
2022 DEC -7 AM 11:28
COLUMBUS, OHIO

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collective Barg
0328

9590 9402 6750 1074 4073 73

2. Article Number (Transfer from service label)

7020 1810 0000 2381 4447

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Timothy Gales | COURT CASE NUMBER: 2:21 CV 328 |
| DEFENDANT: DAS- Office of Collective Bargaining | TYPE OF PROCESS: Complaint + Summons |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Office Attorney General David Yost
ADDRESS: 38 E Broad Street Col OH 45215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Timothy Gales
760 Glendower
Columbus Ohio 43207

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
614-466-8946
Attorney General M-F 8a-5pm

Signature: [signed] — PLAINTIFF ☒
TELEPHONE NUMBER: 624-316-9346
DATE: 2-4-21

FILED RICHARD W. NAGEL CLERK 2022 DEC -8 AM U.S. DISTRICT EASTERN DIV COLUMBUS

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 01
District to Serve No. 01
Signature of Authorized USMS Deputy or Clerk: Julie Foster
Date: 11/10/22

Date: 12/7/22, 11/10/24
Signature of U.S. Marshal or Deputy: Julie Foster

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | |

**REMARKS**

Rtn to sender

Form USM-285
Rev. 11/18