IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 DEC 14 PM 12: 59

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

TIMOTHY GALES

    Plaintiff

v.

THOMAS P. CHARLES et, al,

CASE NO. 2:21-CV-328

JUDGE MICHAEL H. WATSON

MAGISTRATE JUDGE

KIMBERLY A. JOLSON

## CIVIL RULES 4.1. PROCESS METHOD OF SERVICE

Now comes plaintiff Timothy Gales requesting the court for a second attempt to issue the retaliation complaint to Cullen Jackson, an attorney employed with the state of Ohio Office of Collective Bargaining located at 1602 West Broad street Columbus, Ohio 43223.

I find it to be puzzling that the certified mail delivered to the state of Ohio Office of Collective Bargaining was returned as undelivered. I request and will provide the funds to the United States Clerks Office in an attempt to re send to Cullen Jackson at his place of employment noted above. Or, provide directly to the Ohio Attorney General located at 30 East Broad street 16th floor, Columbus, Ohio, 43215 who represents all employee in civil action pursuant 109.02 of the Ohio Revised Code.

Finally, I request to dismiss the Ohio Office of Collective Bargaining as a defendant, which is an entity of the state of Ohio, and under the 11th

Amendment of the United States of America are immune from 1983 actions. The Office of Collective Bargaining is the only defendant requested to be dismissed pursuant to an earlier ruling by the honorable judge Watson.

Timothy Gales, pro se, *[signature] 12/12/22*

710 Glendower Avenue

Columbus, Ohio 43207

614 376-9346

tgales37@gmail.com

## NOTICE OF SERVICE

I TIMOTHY GALES AFFIRMED THAT A COPIES OF THIS MOTION WERE SENT VIA REGULAR U.S. MAIL TO THE DEFENDANTS AND OR THEIR RESPECTIVE ATTORNEYS. NOTICE WAS SENT TO THE FRATERNAL ORDER OF POLICE, THE OHIO ATTORNEY GENERAL, AND, MR. EDWARD HUBBARD ATTORNEY FOR DAVID STANTON

TIMOTHY GALES pro se, *[signature]* 12/12/22

December 12, 2022