Tim Gales
710 Glendower Ave
Columbus Ohio 43207

COLUMBUS OH 430
12 DEC 2022 PM 4 L

USA FOREVER

United States District Court
Marconi Blvd
Columbus Ohio 43215

Attn: Clerk of Courts

43215-288599