**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TIMOTHY GALES,**

        **Plaintiff,**

        **v.**

**THOMAS P. CHARLES, et al.,**

        **Defendants.**

**Civil Action 2:21-cv-328
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson**

## ORDER

On July 6, 2022, the Court permitted Plaintiff an additional thirty (30) days to serve the Amended Complaint (Doc. 7). (Doc. 13). Because Plaintiff's Motion to Proceed *in forma pauperis* was granted (Doc. 5), the U.S. Marshals served Defendants on Plaintiff's behalf. The Marshals effected service on all but two Defendants. (Doc. 27). The summons for Defendants Cullen Jackson and Office of Collective Bargaining were returned as unexecuted. (Docs. 33 and 34). Now, Plaintiff moves to terminate Office of Collective Bargaining as a Defendant and re-serve Defendant Cullen Jackson. (Doc. 35).

Accordingly, the Clerk's Office is **DIRECTED** to terminate Defendant Office of Collective Bargaining.

Plaintiff is **ORDERED** to submit another summons form and U.S. Marshal (USM-285) form for Defendant Cullen Jackson. Upon receipt, the Clerk's Office is **DIRECTED** to forward the appropriate service documents for Defendants Cullen Jackson to the United States Marshal to effect service. The United States Marshal is **DIRECTED** to serve by certified mail a copy of the Amended Complaint (Doc. 7) upon Defendant Cullen Jackson.

IT IS SO ORDERED.

Date: December 16, 2022                    /s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE