UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Timothy Gales,

    Plaintiff,               Case No. 2:21-cv-328

v.                             Judge Michael H. Watson

Thomas P. Charles, *et al.*,      Magistrate Judge Jolson

    Defendants.

## ORDER

Plaintiff moves to strike the Second Amended Complaint. ECF No. 43. Prior to the filing of the motion to strike, the Court issued an Opinion and Order denying Plaintiff's motion for leave to file a second amended complaint and dismissing the case. ECF No. 42. Accordingly, Plaintiff's motion to strike is **DENIED AS MOOT**.

    IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT